IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>MARCUS LEROY SANDERS,<br><br>              Defendant,<br>and<br><br>IMPRESS,<br><br>              Garnishee. | 8:16CR256 |

**ORDER TO RELEASE GARNISHMENT**

This matter comes before this Court on the Motion of the United States of America for an order releasing the garnishment against IMPRESS, Attn: Juan C. Aguilera Betancourth, located at 4601 S. 50th St., #103, Omaha, NE 68117. (Filing No. 211.)

IT IS HEREBY ORDERED that the Motion, Filing No. 211, is granted and the garnishment against IMPRESS is released.

DATED this  10  day of November, 2022

                                                      BY THE COURT:

                                                      */s/ Susan M. Bazis*
                                                      SUSAN M. BAZIS
                                                      United States Magistrate Judge